IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CARL L. PIERCE                                                                                              PLAINTIFF

v.                                                                                   CAUSE NO. 1:25-CV-156-SA-DAS

COMMISSIONER OF SOCIAL SECURITY                                                      DEFENDANT

ORDER ADOPTING REPORT AND RECOMMENDATION

On October 17, 2025, Magistrate Judge Sanders entered a Report and Recommendation [5], wherein he recommended that the Plaintiff's Motion to Proceed *In Forma Pauperis* [2] be denied. The deadline to object to the Report and Recommendation [5] has now passed.

"With respect to those portions of the report and recommendation to which no objections were raised, the Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F. Supp. 2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)).

The Court has reviewed the Report and Recommendation [5] and the record as a whole. Having done so, the Court agrees with Magistrate Judge Sanders' recommendation. There is no plain error on the face of the record. The Report and Recommendation [5] is ADOPTED IN FULL. The Motion to Proceed *In Forma Pauperis* [2] is DENIED.

The Plaintiff shall have 7 days to pay the filing fee in this matter. Should he fail to pay the filing fee on or before November 12, 2025, the case will be dismissed *without further notice*.

SO ORDERED, this the 5th day of November, 2025.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE